6 So.2d 441

#### Charles LOVETT v. STATE.

#### 4 Div. 245.

Supreme Court of Alabama.

Feb. 19, 1942.

L. A. Farmer, of Dothan, for petitioner.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., opposed.

THOMAS, Justice.

Petition of Charles Lovett for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Lovett v. State, 6 So.2d 437.

Writ denied.

GARDNER, C. J., and BROWN and FOSTER, JJ., concur.